### FIRST DEPARTMENT, JUNE, 1937.

#### (June 1, 1937.)

BROOKLYN AND QUEENS TRANSIT CORPORATION v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See *ante*, p. 710.] Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

NEW YORK RAPID TRANSIT CORPORATION v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted; question certified. [See *ante*, p. 710.] Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

VIVIAN KIRKBRIDE v. GILBERT H. VAN NOTE, Administrator, etc., of JAMES D. KIRKBRIDE, Deceased.— Motion granted; questions certified. [See 250 App. Div. 755; Id. 852.] Order resettled and filed. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

VIVIAN KIRKBRIDE v. GILBERT H. VAN NOTE, Administrator, etc., of JAMES D. KIRKBRIDE, Deceased.— Motion granted; question certified. [See 250 App. Div. 755; Id. 852.] Order resettled and filed. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

#### (June 4, 1937.)

In the Matter of the Application of WILLIAM R. HALL, Appellant, for a Peremptory Order of Mandamus against FIORELLO H. LAGUARDIA, as Mayor of the City of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of CHARLES J. PICKETT, Appellant, for a Mandamus Order against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the GENERAL INDEMNITY CORPORATION OF AMERICA. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the GENERAL INDEMNITY CORPORATION OF AMERICA, Appellant; C. ARTHUR ARNSTEIN, Respondent. Order modified to the extent of vacating the orders of reference, and the matter remitted to the Special Term to take proof and determine the motion. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Glennon, JJ., dissent and vote to affirm.

BEATRICE ZUCKERMAN, Appellant, v. LOFT's, INC., and JOHN REBER & BROS. FRENCH PASTRY CORP., Respondents.— Order modified by denying motion to vacate item 4 of the notice of taking deposition of codefendant, Loft's, Inc., and as so modified affirmed, without costs. No opinion. The date for the examination of said defendant to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.